To: June Lowe, case coordinator          Date: 2/8/11

From: Jack B. Weinstein

NEW CASE     DKT. # CV11-571

Magistrate Judge  MANN

Treat under Local Rule 72.2 ✓

Respectfully request expedition subject to view of the

Magistrate Judge_____

Set a conference before me as soon as possible after service_____

Issue an order to show cause why the case should not be dismissed as frivolous_____

Respectfully refer to the Magistrate Judge for:

_____
_____

Issue order as follows:

_____
_____

Other_____

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ FEB 15 2011 ★
BROOKLYN OFFICE