| STATE OF NEW YORK | UNITED STATES DISTRICT COURT EASTERN DISTRICT | |
|---|---|---|
| DOCUMENTS SERVED WITH INDEX#: CV11-0571 | AND FILED ON | 2/4/2011 |

MARTIN CENSOR

Vs.

ASC TECHNOLOGIES OF CONNECTICUT; LLC., ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK        )
                          ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __2/15/2011__ at __2:29PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT WITH EXHIBITS

Party Served: ASC TECHNOLOGIES OF CONNECTICUT, LLC     (herein called recipient) therein named.

At Location: 400 MAIN STREET

STAMFORD CT

By delivering to and leaving with __LILLIAN SHAPIRO__ and that deponent knew the person so served to be the __MEMBER & MANAGING PARTNER__ of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM        Color of Skin WH        Color of Hair BRN/BRUNETTE
Age 45/55     Height 5'2"-5'5"
Weight 120/140    Other Features SEATED

Sworn to before me on __2/17/2011__

_/s/ Gail Williams_

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2014

_/s/ Gary Williams_
Gary Williams
Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT EASTERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: CV11-0571  AND FILED ON  2/4/2011

MARTIN CENSOR

Vs.

ASC TECHNOLOGIES OF CONNECTICUT, LLC., ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK  )
                    ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/15/2011 at 2:29PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT WITH EXHIBITS

Party Served: LILLIAN SHAPIRO  (herein called recipient)
At Location: 400 MAIN STREET  therein named.

STAMFORD CT

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| | | | | | |
|---|---|---|---|---|---|
| Sex | *FM* | Color of Skin | *WH* | Color of Hair | *BRN/BRUNETTE* |
| Age | *45/55* | Height | *5'2"-5'5"* | Weight | *120/140* |
| | | Other Features | | | *SEATED* |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on 2/17/2011

_____  _____
                                  Gary Williams
                                  Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2014

STATE OF NEW YORK        UNITED STATES DISTRICT COURT EASTERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: CV11-0571        AND FILED ON        2/4/2011

MARTIN CENSOR

Vs.

ASC TECHNOLOGIES OF CONNECTICUT, LLC., ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
COUNTY OF WESTCHESTER ) SS

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/15/2011 at 2:27PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT WITH EXHIBITS

Party Served: HR 360 INC.                                  (herein called recipient) therein named.

At Location: 400 MAIN STREET, SUITE 410

STAMFORD CT

By delivering to and leaving with THOMAS CECONI and that deponent knew the person so served to be the DESIGNATED AGENT

of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex M    Color of Skin WH    Color of Hair BRN/BLK/BALDING
Age 35/45    Height 5'10"-6'
Weight 185/200    Other Features

Sworn to before me on 2/17/2011

Gary Williams
Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2014

STATE OF NEW YORK — UNITED STATES DISTRICT COURT EASTERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: CV11-0571    AND FILED ON    2/4/2011

MARTIN CENSOR

Vs.

ASC TECHNOLOGIES OF CONNECTICUT, LLC., ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/15/2011 at 2:27PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT WITH EXHIBITS

Party Served: ASC TECHNOLOGIES OF CONNECTICUT, LLC

At Location: 400 MAIN STREET, SUITE 410

STAMFORD CT

(herein called recipient) therein named.

By delivering to and leaving with THOMAS CECONI and that deponent knew the person so served to be the PRESIDENT of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex M    Color of Skin WH    Color of Hair BRN/BLK/BALDING
Age 35/45    Height 5'10"-6'
Weight 185/200    Other Features

Sworn to before me on 2/17/2011

Gary Williams
Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2014

| | |
|---|---|
| STATE OF NEW YORK | UNITED STATES DISTRICT COURT EASTERN DISTRICT |
| DOCUMENTS SERVED WITH INDEX#: CV11-0571 | AND FILED ON       2/4/2011 |

| | |
|---|---|
| MARTIN CENSOR | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| ASC TECHNOLOGIES OF CONNECTICUT, LLC., ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                                        )
                                                                                  SS
COUNTY OF WESTCHESTER                            )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On _____2/15/2011_____ at _____2:27PM_____, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT WITH EXHIBITS

Party Served: THOMAS CECONI                                                                    (herein called recipient)
At Location: 400 MAIN STREET, SUITE 410                                                    therein named.

STAMFORD CT

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex _M_   Color of Skin _WH_   Color of Hair _BRN/BLK/BALDING_

Age _35/45_   Height _5'10"-6'_   Weight _185/200_

Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed   HE was not.

Sworn to before me on _____2/17/2011_____

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2014

_Gary Williams_ (signature)
Server's License#: