Richard J. Schager, Jr.
STAMELL & SCHAGER, LLP
One Liberty Plaza, 35th Floor
New York, New York 10006-1404
(212) 566-4047

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

MARTIN CENSOR

                             Plaintiff

                 -against-

ASC TECHNOLOGIES OF CONNECTICUT, LLC,
LILLIAN SHAPIRO, THOMAS CECONI, HR 360, INC.,
and JOHN DOES and JANE DOES "1" through "5,"

                             Defendants

------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Filed Electronically

1:11-cv-00571 (JBW) (RLM)

TO:    The Clerk of Court and all Attorneys of Record

        PLEASE TAKE NOTICE that, the undersigned counsel, Richard J. Schager, Jr., a

member of the Bar of this Court and a member of the firm of Stamell & Schager, LLP, hereby

provides notice to the Court and all parties and their counsel that he appears as counsel in this

action on behalf of defendants ASC Technologies of Connecticut, LLC, Lillian Shapiro, Thomas

Ceconi, and HR 360, Inc.  All pleadings, notices, and other documents should be directed to the

attention of the undersigned.

Dated:  March 8, 2011                                STAMELL & SCHAGER, LLP

                                                     By: /s/  Richard J. Schager, Jr.
                                                     Richard J. Schager, Jr. (RJS 5875)
                                                     One Liberty Plaza, 35th Floor
                                                     New York, New York 10006-1404
                                                     (212) 566-4047

                                                     Attorneys for Defendants
                                                     ASC Technologies of Connecticut, LLC,
                                                     Lillian Shapiro, Thomas Ceconi and
                                                     HR 360, Inc.