## STAMELL & SCHAGER, LLP
### ATTORNEYS AT LAW
ONE LIBERTY PLAZA, 35TH FLOOR
NEW YORK, NEW YORK 10006-1404

WRITER'S E-MAIL:
schager@ssnyc.com

WRITER'S DIRECT DIAL:
(212) 566-4057

TELEPHONE (212) 566-4047
FACSIMILE (212) 566-4061

COURTESY COPY
ECF Filed - Doc. 8

March 9, 2011

Priority Mail

Hon. Jack B. Weinstein, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 10B S
Brooklyn, New York 11201

Re:  *Censor v. ASC Technologies et al*, Docket No. 1:11-cv-00571 (JBW) (RLM)

Dear Judge Weinstein:

This firm has appeared on behalf of ASC Technologies of Connecticut, LLC, HR 360, Inc., Thomas Ceconi and Lillian Shapiro, the named defendants in the referenced litigation. (The unnamed defendants are "John Does and Jane Does 1 through 5.") We have submitted to Magistrate Judge Mann a Motion for Admission *Pro Hac Vice* of Michael J. Cicero, Esq., of the Washington firm of Perry Krumsiek & Jack, LLP, who is the principal attorney for the named defendants.

Enclosed please find a courtesy copy of these defendants' Motion to Dismiss. These papers were filed and served by ECF yesterday as Doc. 6.

We thank the Court for its consideration.

Respectfully submitted,

Richard J. Schager, Jr.

cc: Murray T. Koven, Esq.
Counsel for Plaintiff

Michael J. Cicero, Esq.
Counsel for Defendants
(*Pro Hac Vice* admission pending)