UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN CENSOR,<br><br>　　　　　Plaintiff<br><br>v.<br><br>ASC TECHNOLOGIES OF CONNECTICUT, LLC, LILLIAN SHAPIRO, THOMAS CECONI, HR 360, INC., AND JOHN AND JANE DOES 1 THROUGH 5,<br><br>　　　　　Defendants. | No. 1:11-cv-00571 (JBW) (RLM) |

## CERTIFICATE OF SERVICE

　　　　I hereby certify pursuant to Administrative Order 97-12 that on March 9, 2011, on behalf of defendants ASC Technologies of CT, LLC, HR 360, Inc., Thomas Ceconi and Lillian Shapiro, I electronically filed a Motion to Dismiss, including a Corporate Disclosure Statement for corporate defendants ASC Technologies of CT, LLC and HR 360, Inc., a Notice of Motion, a Memorandum of Law, supporting Affidavits of Thomas Ceconi and Lillian Shapiro, and a true copy of the Joint Venture Agreement authenticated by defendant Lillian Shapiro with the Clerk of the Court using the CM/ECF System, which will automatically send email notification of such filing to all attorneys of record. I further certify that on the following date, March 10, 2011, I also served these documents by hand on the attorney of record for the plaintiff at the following address:

Murray T. Koven, Esq.
Koven & Krausz
358 Fifth Avenue, Suite 301
New York, New York 10001

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Richard J. Schager, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　Richard J. Schager, Jr.