UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN CENSOR, )<br>)<br>Plaintiff )<br>v. )<br>)<br>ASC TECHNOLOGIES OF )<br>CONNECTICUT, LLC, )<br>LILLIAN SHAPIRO, THOMAS CECONI, )<br>HR 360, INC., AND )<br>JOHN AND JANE DOES 1 THROUGH 5, )<br>)<br>Defendants. )<br>_____ ) | No. 1:11-cv-00571 (JBW) (RLM) |

## CERTIFICATE OF SERVICE

I hereby certify pursuant to Administrative Order 97-12 that on March 9, 2011, on behalf of defendants ASC Technologies of CT, LLC, HR 360, Inc., Thomas Ceconi and Lillian Shapiro, I electronically filed a Motion for Leave to Appear *Pro Hac Vice*, including supporting Affidavits of Michael J. Cicero and Richard J. Schager, Jr. and a proposed form of order for corporate defendants ASC Technologies of CT, LLC and HR 360, Inc. with the Clerk of the Court using the CM/ECF System, which will automatically send email notification of such filing to all attorneys of record. I further certify that on the following date, March 10, 2011, I also served these documents by hand on the attorney of record for the plaintiff at the following address:

Murray T. Koven, Esq.
Koven & Krausz
358 Fifth Avenue, Suite 301
New York, New York 10001

/s/ Richard J. Schager, Jr.
Richard J. Schager, Jr.