UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN CENSOR, | ) |
|                Plaintiff | ) |
| v. | ) |
| ASC TECHNOLOGIES OF CONNECTICUT, LLC, LILLIAN SHAPIRO, THOMAS CECONI, HR 360, INC., AND JOHN AND JANE DOES 1 THROUGH 5, | ) No. 1:11-cv-00571 (JBW) (RLM) |
|                Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify pursuant to Administrative Order 97-12 that on March 14, 2011, on behalf of defendants ASC Technologies of CT, LLC, HR 360, Inc., Thomas Ceconi and Lillian Shapiro, I electronically filed a Reply Memorandum of Law in Support of Motion for Leave to Appear *Pro Hac Vice* for corporate defendants ASC Technologies of CT, LLC and HR 360, Inc. with the Clerk of the Court using the CM/ECF System, which will automatically send email notification of such filing to all attorneys of record. I further certify that on the following date, March 15, 2011, I also served these documents by hand on the attorney of record for the plaintiff at the following address:

Murray T. Koven, Esq.
Koven & Krausz
358 Fifth Avenue, Suite 301
New York, New York 10001

                                                      /s/ Richard J. Schager, Jr.
                                                      Richard J. Schager, Jr.