Richard J. Schager, Jr.
STAMELL & SCHAGER, LLP
One Liberty Plaza, 35th Floor
New York, New York 10006-1404
(212) 566-4047

Attorneys for Defendants

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 1 6 2011 ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

MARTIN CENSOR

                        Plaintiff

       -against-

ASC TECHNOLOGIES OF CONNECTICUT, LLC,
LILLIAN SHAPIRO, THOMAS CECONI, HR 360, INC.,
and JOHN DOES and JANE DOES "1" through "5,"

                       Defendants
-----------------------------------------------------------X

~~(FORM OF)~~ ORDER
ADMITTING
MICHAEL J. CICERO
TO PRACTICE
PRO HAC VICE

Filed Electronically

1:11-cv-00571 (JBW) (RLM)

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted [*without prejudice to plaintiff's pending Motion to Disqualify Counsel. Absent further order of the Court,*] the admitted attorney Michael J. Cicero is permitted to argue or try this particular case in whole or in part as counsel or advocate for defendants ASC Technologies of Connecticut, LLC., Lillian Shapiro, Thomas Ceconi and HR 350, Inc.

An attorney admitted to practice *pro hac vice* is required to pay $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: Brooklyn, New York
       March ___, 2011

SO ORDERED:
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 3/16/11

_____
Hon. Jack B. Weinstein
United States District Court Judge

cc: *Pro Hac Vice* Attorney
    Court File