**STAMELL & SCHAGER, LLP**
ATTORNEYS AT LAW
ONE LIBERTY PLAZA, 35TH FLOOR
NEW YORK, NEW YORK 10006-1404

WRITER'S E-MAIL:
schager@ssnyc.com
WRITER'S DIRECT DIAL:
(212) 566-4057

TELEPHONE (212) 566-4047
FACSIMILE (212) 566-4061

March 21, 2011

<u>Priority Mail</u>

June Lowe, Esq.
Case Manager
Chambers of Hon. Jack B. Weinstein, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 10B S
Brooklyn, New York 11201

Re:  *Censor v. ASC Technologies of CT, LLC, et al.*  Index No. 1:11-cv-0571

Dear Ms. Lowe:

Pursuant to the Court's request posted on the ECF System on March 18, I am providing a full set of the motion papers for two of the three motions that have been made in the pending case. These two motions are a motion for *pro hac vice* admission and a motion to disqualify counsel.

The first of these motions is the motion to admit Michael J. Cicero, Esq., of the Washington, D.C. Bar, to appear *pro hac vice* for defendants ASC Technologies of CT, HR 360, Thomas Ciconi and Lillian Shapiro. The motion papers include:

| Document No. | Document Title |
|---|---|
| 7 | Motion for Admission *pro hac vice.* |
| 7-1 | Affirmation of Richard J. Schager, Jr. in Support of Motion for Admission *pro hac vice.* |
| 7-2 | Exhibit A to the Schager Affirmation, the Affidavit of Michael J. Cicero, Esq. of the Washington, D.C. Bar. |
| 7-3 | Exhibit B, a Certificate of Good Standing for Michael J. Cicero. |
| 7-4 | Exhibit D, a proposed form of order. (There was no Exhibit C). |
| 9 | An Opposition to the *pro hac vice* motion entitled "Affidavit of Martin Censor in Opposition to the Application of Michael J. Cicero for Admission *pro hac vice*" dated and filed March 10, 2011. |
| 10 | Reply Memorandum in Support of Motion for Admission *pro hac vice*, filed and served on March 14, 2011. |

June Lowe, Esq.
March 21, 2011
Page 2

      By order dated and filed March 16, 2011 (Document No. 14), Magistrate Judge Mann granted this Motion for *pro hac vice* admission of Mr. Cicero "without prejudice to plaintiff's *pending* Motion to Disqualify Counsel" (emphasis added). I have enclosed for the Court's convenience a copy of Magistrate Judge Mann's Order.

      We respectfully call the Court's attention to Document 9 above, which is entitled "Affidavit of Martin Censor in Opposition to Application of Michael J. Cicero for Admission *pro hac vice*". This document was electronically filed on March 10, and was entered in ECF with a different name, "First Motion to Disqualify Counsel Michael J. Cicero by Martin Censor." As indicated in Magistrate Judge Mann's March 16 Order (as quoted above), she accepted this Affidavit as a Motion to Disqualify, and last Thursday we filed and served a Memorandum in Opposition to this Motion to Disqualify (Document No. 15), to which was attached an Affidavit of Mr. Cicero's partner, Kenneth A. Sprang of Washington, D.C. (Document No. 15-1).

      At the date of this writing, plaintiff has not yet served a Reply to this Memorandum in Opposition.

      Also pending before this Court is the defendant's Motion to Dismiss (Document No. 6), filed and served on March 8, 2011. A courtesy copy of this Motion was provided to the Court previously. At this writing plaintiff has not yet served an opposition to this Motion.

      Please contact me if I can answer any questions with respect to these enclosures.

                                     Respectfully submitted,

                                     Richard J. Schager, Jr.

cc:  Michael J. Cicero, Esq.
      *Counsel to Defendants Pro Hac Vice*

      Murray T. Koven, Esq.
      Koven & Krausz
      358 Fifth Avenue, Suite 301
      New York, New York 10001
      *Counsel to Plaintiff Martin Censor*
      (Served by email without enclosures)

Enclosure

RJS/cb