**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTIN CENSOR,<br><br>   Plaintiff<br><br>v.<br><br>ASC TECHNOLOGIES OF<br>CONNECTICUT, LLC,<br>LILLIAN SHAPIRO, THOMAS CECONI,<br>HR 360, INC., AND<br>JOHN AND JANE DOES 1 THROUGH 5,<br><br>   Defendants. | No. 1:11-cv-00571 (JBW) (RLM) |

**CERTIFICATE OF SERVICE**

I hereby certify pursuant to Administrative Order 97-12 that on March 22, 2011, on behalf of defendants ASC Technologies of CT, LLC, HR 360, Inc., Thomas Ceconi and Lillian Shapiro, I served a copy of the Court's Order dated March 16, 2011, admitting Michael J. Cicero to appear in this action *pro hac vice* by mail on the attorney of record for the plaintiff at the following address:

Murray T. Koven, Esq.
Koven & Krausz
358 Fifth Avenue, Suite 301
New York, New York 10001
mkrauszesq@aol.com

                /s/ Richard J. Schager, Jr.
                Richard J. Schager, Jr.