FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 30 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
MARTIN CENSOR

          -v-

ASC TECHNOLOGIES OF CONNECTICUT et al
------------------------------------x

NOTICE

CV11-571   (JBW)

NOTICE is hereby given that the above entitled matter will be placed on the court's calendar for _hearing on all pending motions_ on __4/7/11__ at __11:00 a m__ in courtroom #10B, on the 10th floor before the Honorable Jack B. Weinstein.

If the scheduled date is inconvenient, please contact chambers at **(718) 613-2525** to arrange for a new date upon **consent of all parties.**

Please be advised all motions are argued and the court will hear them **MONDAY thru THURSDAY at 10:00a.m.**. Counsel should advise the court at least two days in advance of the return date if an adjournment is necessary.

                                                June P. Lowe
                                           Case Manager for
                                JACK B. WEINSTEIN, U.S.D.J.

Dated: 3/29/11
      Brooklyn, N.Y.

